UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUNIOR ANTONIO DOMINGUEZ,
                      Plaintiff,

-v-

AAA DISCOUNT INC. and NASSAR ALKUTAINY,
                      Defendants.

23-CV-1943 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant Nassar Alkutainy was served on March 9, 2023 and Defendant AAA Discount Inc. was served on March 16, 2023. However, no appearance has been entered on either Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by May 1, 2023 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on both Defendants.

    SO ORDERED.

Dated: April 17, 2023
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge