```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUNIOR ANTONIO DOMINGUEZ,

              Plaintiff,

                  **ORDER**

    -v-                              23-CV-1943 (AS) (JLC)

AAA DISCOUNT INC, *et ano.*,

              Defendants.
----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      WHEREAS, the parties have reported a settlement in principle by joint letter-motion dated November 28, 2023 (Dkt. No. 43);

      IT IS HEREBY ORDERED that the status conference scheduled for January 9, 2024 is hereby adjourned *sine die*, as are all other deadlines in the case;

      IT IS HEREBY FURTHER ORDERED that the parties are directed to file a joint letter motion along with their settlement agreement **no later than December 19, 2023** to request court approval. The letter motion should explain why the proposed settlement is fair and reasonable and otherwise complies with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      The parties should submit their settlement papers to Judge Subramanian, unless they agree to consent to my jurisdiction to review the settlement under 28 U.S.C. § 636(c). Consent forms are available on the Court website.

      The Clerk is respectfully directed to close the letter-motion at Docket No. 43 and mark it as granted.

      **SO ORDERED.**

Dated: November 29, 2023
       New York, New York

                                                      _____
                                                      JAMES L. COTT
                                                      United States Magistrate Judge